**Floyd SALLING, Jr., et al., Plaintiffs,**

v.

**SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, Defendant.**

**Civ. A. No. 82–0428–B.**

United States District Court,
W.D. Virginia,
Big Stone Gap Division.

June 22, 1987.

Martin Wegbreit, Castlewood, Va., Larry Grant Browning, Lebanon, Va., Joseph E. Wolfe, Norton, Va., Barry Proctor, Abingdon, Va., Birg E. Sergent, Pennington Gap, Va., for plaintiffs.

Morgan E. Scott, Asst. U.S. Atty., Roanoke, Va., Randolph W. Gaines, Asst. Atty. Gen., Julie Simpson, Washington, D.C., John M. Sacchetti, Baltimore, Md., for defendant.

ORDER

GLEN M. WILLIAMS, District Judge.

In accordance with directions received from the United States Court of Appeals for the Fourth Circuit, it is hereby ADJUDGED and ORDERED that this case is dismissed as moot and stricken from the docket.